1202

No. 10–5764. DAWN EAGLE v. YERINGTON PAIUTE TRIBE. C. A. 9th Cir. Certiorari denied.

No. 10–6017. SCOTT v. URLICH ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6695. MARTINEZ-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6753. EVANS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–6756. FIELDS v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 10–7193. CROSS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–7528. GOFF v. BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7599. HAY v. J. L. D. Ct. App. Wis. Certiorari denied.

No. 10–7600. HALL v. KORESKI. C. A. 9th Cir. Certiorari denied.

No. 10–7605. FOX v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7611. DEVAUGHN v. SNIFF, SHERIFF, RIVERSIDE COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–7615. JACKSON v. JACKSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–7616. MARTINEZ v. CAMPBELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7617. LUH v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–7619. THOMPSON v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.